UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

STEVEN GOLDSTEIN individually and on behalf of CONGREGATION BNEI MATISYAHU, and MEIR ORNSTEIN,

                         *Plaintiffs*,

-against-

KATHY HOCHUL, in her official capacity as Governor of the State of New York; LETITIA JAMES, in her official capacity as Attorney General of the State of New York; KEECHANT SEWELL, in her official capacity as Commissioner of the New York City Police Department; LOUIS FALCO, III, in his official capacity as Rockland County Sheriff; ERIC GONZALEZ, in his official capacity as the District Attorney of Kings County; and THOMAS WALSH, II, in his official capacity as the District Attorney of Rockland County,

                         *Defendants*.

------------------------------------------------------------------------X

**DECLARATION OF AMEER BENNO IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Index No.: 22-CV-8300

AMEER BENNO, declares under penalty of perjury that the following is true and correct:

    1.    I am an attorney with BENNO & ASSOCIATES P.C., co-counsel for plaintiffs herein.

    2.    I am making this declaration in further support of plaintiffs' motion for a temporary restraining order and preliminary injunction, and I respectfully submit this declaration in order to place the relevant information and documents on the record.

    3.    Plaintiffs respectfully submit the following exhibits, all of which are true, correct and complete copies:

        1.    The Verified Complaint;

        2.    Report from the Anti-Defamation League dated April 26, 2022;

   3. Declaration of Steven Goldstein dated September 24, 2022;

   4. Declaration of Meir Ornstein dated September 23, 2022;

   5. Declaration of Rabbi Mendel Rubin dated September 25, 2022.

  4. A copy of my signature, sent electronically or by facsimile transmission, may be treated as the original for the purpose of serving and filing this declaration, and the original will be provided if required.

Dated: New York, New York
   September 28, 2022

                BENNO & ASSOCIATES P.C.

                By: _____
                 Ameer Benno, Esq.
                30 Wall Street, 8th Floor
                New York, NY 10005
                Tel.: (212) 227-9300
                Email: abenno@bennolaw.com