## DECLARATION OF RABBI MENDEL RUBIN

I, Rabbi Mendel Rubin, declare as follows:

1. I am the Rabbi of Congregation Zemach David of Dinev ("Zemach David"), and I am authorized to speak on its behalf.

2. My congregation maintains a synagogue in Rockland County in New York State.

3. I am familiar with Meir Ornstein, as he would regularly attend prayer services at Zemach David before September 1, 2022.

4. I am aware that Mr. Ornstein held and holds a valid New York State concealed carry handgun license issued by Rockland County.

5. At the time that Mr. Ornstein regularly attended prayer services at Zemach David, he would carry a concealed handgun for the protection of himself and the congregation.

6. I and the members of my synagogue liked the fact that Mr. Ornstein carried a handgun, as it gave us a sense of safety and security. We were grateful for the protection that his firearm provided, because we all understood that we were, and are, targets for acts of violence by anti-Semitic extremists.

7. Since the enactment of the new state law banning gun possession in places of worship, Mr. Ornstein has not come to prayer services at Zemach David as much, and when he does come, he is not armed.

8. Because we no longer have armed persons on premises, members of my congregation have stopped attending services and religious events at our synagogue.

9. Further, we simply cannot afford neither should have to pay for additional staff to protect our congregation and the premises because of a prohibition against religious institutions.

10. If the New York State's statutory prohibition against possessing firearms in places of worship or religious observation did not exist, Congregation Zemach David of Dinev would allow Meir Ornstein to resume carrying his concealed handgun on our property.

11. I have come to learn that even a religious observance while carrying a weapon may subject a person to felony arrest and prosecution. These facts have, similarly, have dissuaded other members of the congregation from pursuing their Second Amendment right to carry even outside of the shul for fear of arrest and criminal prosecution.

12. A copy of my signature, sent by facsimile transmission or electronically, may be treated as the original for the purpose of serving and filing this declaration.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Executed this ___25___ day of September, 2022 at New York City, New York

_____
Rabbi Mendel Rubin

ISAAC MAYER
NOTARY PUBLIC, State of New York
No. 01MA5022570
Qualified in Rockland County
Commission Expires Jan. 18, 20_26_

9.25.22