UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

STEVEN GOLDSTEIN individually and on behalf of CONGREGATION BNEI MATISYAHU, and MEIR ORNSTEIN,

                                 Plaintiffs,

          v.

KATHY HOCHUL, in her official capacity as Governor of the State of New York; LETITIA JAMES, in her official capacity as Attorney General of the State of New York; KEECHANT SEWELL, in her official capacity as Commissioner of the New York City Police Department; LOUIS FALCO, III, in his official capacity as Rockland County Sheriff; ERIC GONZALEZ, in his official capacity as the District Attorney of Kings County; and THOMAS WALSH, II, in his official capacity as the District Attorney of Rockland County,

                                 Defendants.

No. 22-cv-8300 (VSB)

      PLEASE TAKE NOTICE that Matthew L. Conrad hereby enters his appearance in the above-captioned matter on behalf of Defendants Kathy Hochul, in her official capacity as Governor of the State of New York, and Letitia James, in her official capacity as Attorney General of the State of New York (the "State Defendants"). Please serve all papers and direct all further correspondence and/or electronic notices to the undersigned.

Dated: New York, New York
         October 12, 2022

                                                LETITIA JAMES
                                                Attorney General
                                                State of New York
                                                *Attorney for State Defendants*

1

2

By: /s/ Matthew L. Conrad
    MATTHEW L. CONRAD
    Assistant Attorney General
    28 Liberty Street
    New York, NY 10005
    (212) 416-6352
    Matthew.Conrad@ag.ny.gov