Form 2 - AFFIDAVIT OF SERVICE



P7378300

**BENNO & ASSOCIATES P.C**   Ameer Benno
U S DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

STEVEN GOLDSTEIN INDIVIDUALLY AND ON BEHALF OF CONGREGATION BNEI
MATISYAHU, ETAL

PLAINTIFF

- vs -

KATHY HOCHUL, IN HER OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF
NEW YORK, ETAL

DEFENDANT

index No.  **1:22-cv-08300-VSB**

Date Filed
Office No.

Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**          :SS:

**NORBERTO MALDONADO** being duly sworn, deposes and says; I am over 18 years of age, not a party
to this action, and reside in the State of New York. That on the **05TH** day of **OCTOBER 2022,
10:46AM** at
**C/O KINGS COUNTY DISTRICT ATTORNEY'S OFFICE**
**350 JAY STREET**
**BROOKLYN NY 11201**
I served the **JURY TRIAL DEMANDED, SUMMONS AND VERIFIED COMPLAINT** upon **ERIC GONZALEZ, IN HIS
OFFICIAL CAPACITY AS THE DISTRICT ATTORNEY OF KINGS COUNTY, the DEFENDANT,** therein named by
delivering and leaving a true copy or copies of the aforementioned documents with **JOANNE F.
(REFUSED FULL NAME), LEGAL CLERK,** a person of suitable age and discretion.
Deponent describes the person served as aforesaid to the best of deponent's ability at the time
and circumstances of the service as follows:

SEX: **FEMALE** COLOR: **WHITE** HAIR: **BROWN**

APP.AGE: **57** APP. HT: **5'4** APP. WT: **180**

OTHER IDENTIFYING FEATURES


On I deposited in the United States mail another true copy of the aforementioned documents
properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the
above address. That being
**the place of business of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside
thereof by return address or otherwise that said notice is from an attorney or concerns an
action against the person to be served.

COMMENTS:


That at the time of service, as aforesaid, I asked the **person spoken to** whether the DEFENDANT
was in the military service of the United States Government, or of the State of New York, and
received a negative reply. Upon information and belief based upon the conversation and
observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not
dependent on anyone in the military service of the United States Government or the State of New
York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers
and Sailors Civilian Relief Act.

Sworn to before me this
07TH day of OCTOBER, 2022

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in QUEENS COUNTY
Commission Expires 09/25/2025

NORBERTO MALDONADO DCA LIC #1246635
Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 3-BENNO-7378300

2a

========================================================================

Index No. 1:22-cv-08300-VSB

U S DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

========================================================================

STEVEN GOLDSTEIN INDIVIDUALLY AND ON BEHALF OF CONGREGRATION BNEI MATISYAHU, ETAL

                    PLAINTIFF

        - against -
KATHY HOCHUL, IN HER OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF NEW YORK, ETAL

                    DEFENDANT
========================================================================

JURY TRIAL DEMANDED, SUMMONS AND VERIFIED COMPLAINT


========================================================================

BENNO & ASSOCIATES P.C

30 WALL STREET, 8TH FLOOR

NEW YORK, NY 10005


212 227-9300