AFFIDAVIT OF SERVICE


P7409311

BENNO & ASSOCIATES P.C    AMEER BENNO
U S DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
STEVEN GOLDSTEIN INDIVIDUALLY AND ON BEHALF OF CONGREGATION BNEI MATISYAHU, AND MEIR ORNSTEIN
                                                    PLAINTIFF
- vs -
KATHY HOCHIL, IN HER OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF NEW YORK, ET AL.,
                                                    DEFENDANT

Index No. 22-CV-8300
Date Filed
File No.
Court Date: 10/28/2022
AFFIDAVIT OF SERVICE

STATE OF _New York_, COUNTY OF _Westchester_ :SS:

_Keith Hawthorne_, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of _New York_.

On _October 11, 2022_ at _10:51 am_,

at **55 NEW HEMPSTEAD ROAD  NEW CITY, NY 10956**

deponent served the within **[PROPOSED] ORDER TO SHOW CAUSE, ORDER, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELMINARY INJUNCTION, DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, CERTIFICATION OF COUNSEL IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND EXHIBITS** on: **LOUIS FALCO, III**, the **DEFENDANT** therein named.

___ #1 INDIVIDUAL — By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

___ #2 CORPORATION — By delivering a true copy of each personally to _____, who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the **DEFENDANT**.

✓ #3 SUITABLE AGE PERSON — Deponent knew the person so served to be the _____ of the corporation, and authorized to accept service on behalf of the corporation. By delivering a true copy of each to _Robert VanCura - Under Sheriff_, a person of suitable age and discretion. Said premises is **DEFENDANT's**: [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

___ #4 AFFIXING TO DOOR — By affixing a true copy of each to the door of said premises, which is **DEFENDANT's**: [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

Address confirmed by

✓ #5 MAIL COPY — On _October 11, 2022_, deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

✓ #6 DESCRIPTION (USE WITH #1, 2 OR 3) — Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.
Sex: _Male_   Color: _White_   Hair: _White_
Age: _65T_   Height: _5'8"-5'10"_   Weight: _165-200_
OTHER IDENTIFYING FEATURES: _Glasses_

___ #7 WITNESS FEES — The authorized witness fee and / or traveling expenses were paid (tendered) to the **DEFENDANT** in the amount of $_____

✓ #8 MILITARY SRVC — Deponent asked person spoken to whether the **DEFENDANT** was presently in military service of the United States Government or of the State of _New York_ and was informed that **DEFENDANT** was not.

___ #9 OTHER

NOTARY NAME & DATE: _October 11, 2022_

KRYSTAL COUNCIL
Notary Public, State of New York
Qualified in Westchester County
Reg. No. 01CO6356347
My Commission Expires 3/27/2025

_Keith Hawthorne_
Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 9-BENNO-7409311

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STEVEN GOLDSTEIN individually and on behalf of CONGREGATION BNEI MATISYAHU, and MEIR ORNSTEIN,

                           *Plaintiffs*,

-against-

KATHY HOCHUL, in her official capacity as Governor of the State of New York; LETITIA JAMES, in her official capacity as Attorney General of the State of New York; KEECHANT SEWELL, in her official capacity as Commissioner of the New York City Police Department; LOUIS FALCO, III, in his official capacity as Rockland County Sheriff; ERIC GONZALEZ, in his official capacity as the District Attorney of Kings County; and THOMAS WALSH, II, in his official capacity as the District Attorney of Rockland County,

                           *Defendants*.

-----------------------------------------------------------------X

RECEIVED

2022 OCT 11 A 10: 50

**DECLARATION OF AMEER BENNO IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Index No.: 22-CV-8300

AMEER BENNO, declares under penalty of perjury that the following is true and correct:

1. I am an attorney with BENNO & ASSOCIATES P.C., co-counsel for plaintiffs herein.

2. I am making this declaration in further support of plaintiffs' motion for a temporary restraining order and preliminary injunction, and I respectfully submit this declaration in order to place the relevant information and documents on the record.

3. Plaintiffs respectfully submit the following exhibits, all of which are true, correct and complete copies:

    1. The Verified Complaint;

    2. Report from the Anti-Defamation League dated April 26, 2022;

1