Form 62 - SUITABLE WITH MILITARY, MAILING

P7409378

| | |
|---|---|
| **BENNO & ASSOCIATES P.C**   AMEER BENNO | |
| U S DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK | |
| STEVEN GOLDSTEIN INDIVIDUALLY AND ON BEHALF OF CONGREGATION BNEI MATISYAHU, AND MEIR ORNSTEIN | index No. **22-CV-8300** |
| PLAINTIFF | Date Filed |
| - vs - | Office No. |
| KATHY HOCHUL, IN HER OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF NEW YORK, ET AL., | Court Date. **10/28/2022** |
| DEFENDANT | |

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**       :SS:

**ERIC GOLDKLANK** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **11th day of October, 2022 at 1:30PM** at
**1 POLICE PLAZA PATH**
**NEW YORK NY 10038**
I served the **[PROPOSED] ORDER TO SHOW CAUSE, ORDER, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELMINARY INJUNCTION, DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, CERTIFICATION OF COUNSEL IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND EXHIBITS**
Upon **KEECHANT SEWELL the DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **GEORGIA BONO CLERK** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **FEMALE**   COLOR: **WHITE**  HAIR: **BROWN**
AGE: **45**      HEIGHT: **5''10** WEIGHT: **125**
OTHER IDENTIFYING FEATURES:

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT was in the military service of the State of New York or United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
12TH day of OCTOBER, 2022

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in QUEENS COUNTY
Commission Expires 09/25/2025

ERIC GOLDKLANK DCA LIC #1298914
Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 9-BENNO-7409378

---

STATE OF NEW YORK, COUNTY OF NEW YORK
**RALPH RAYMUNDO** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on **12th day of October, 2022**
I deposited in the United States mail a true copy of aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said DEFENDANT(s) at the above address **AS EVIDENCED BY CERTIFICATE OF MAILING HEREWITH ATTACHED**. That address being
**the place of business of the DEFENDANT(s).**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.

Sworn to before me this
12TH day of OCTOBER, 2022

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in QUEENS COUNTY
Commission Expires 09/25/2025

RALPH RAYMUNDO 2099171-DCA
Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 9-BENNO-7409378

2a