AFFIDAVIT OF SERVICE



BENNO & ASSOCIATES P.C   AMEER BENNO
U S DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
STEVEN GOLDSTEIN INDIVIDUALLY AND ON BEHALF OF CONGREGATION BNEI MATISYAHU, AND MEIR ORNSTEIN

PLAINTIFF

- vs -

KATHY HOCHIL, IN HER OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF NEW YORK, ET AL.,

DEFENDANT

index No. 22-CV-8300
Date Filed
File No.
Court Date: 10/28/2022

AFFIDAVIT OF SERVICE

STATE OF __New York__, COUNTY OF __Westchester__ :SS:

__Keith Hawthorne__, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of __New York__.

On __October 11, 2022__ at __11:05 AM__,

at 1 SOUTH MAIN STREET SUITE 500 NEW CITY, NY 10956

deponent served the within **[PROPOSED] ORDER TO SHOW CAUSE, ORDER, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELMINARY INJUNCTION, DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, CERTIFICATION OF COUNSEL IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND EXHIBITS** on: **THOMAS WALSH, II**, the **DEFENDANT** therein named.

___ #1 INDIVIDUAL — By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

___ #2 CORPORATION — By delivering a true copy of each personally to _____, who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the **DEFENDANT**.

✓ #3 SUITABLE AGE PERSON — Deponent knew the person so served to be the _____ of the corporation, and authorized to accept service on behalf of the corporation. By delivering a true copy of each to **Denise Serra - Receptionist** a person of suitable age and discretion. Said premises is **DEFENDANT's**: [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

___ #4 AFFIXING TO DOOR — By affixing a true copy of each to the door of said premises, which is **DEFENDANT's**: [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age and discretion, having called thereat
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

✓ #5 MAIL COPY — Address confirmed by on **October 11 2022**, I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1st class mail marked personal and confidential, not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

✓ #6 DESCRIPTION (USE WITH #1, 2 OR 3) — Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.
Sex: __Female__   Color: __White__   Hair: __Blonde__
Age: __35-45__   Height: __5'7"-5'10"__   Weight: __150-175__
OTHER IDENTIFYING FEATURES: _____

___ #7 WITNESS FEES — The authorized witness fee and / or traveling expenses were paid (tendered) to the **DEFENDANT** in the amount of $_____

✓ #8 MILITARY SRVC — Deponent asked person spoken to whether the **DEFENDANT** was presently in military service of the United States Government or of the State of __New York__ and was informed that **DEFENDANT** was not.

___ #9 OTHER

NOTARY NAME & DATE:
KRYSTAL COUNCIL 2022
Notary Public, State of New York
Qualified in Westchester County
Reg. No. 01CO6356347
My Commission Expires 3/27/2025

Keith Hawthorne
Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 9-BENNO-7409329

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

STEVEN GOLDSTEIN individually and on behalf of CONGREGATION BNEI MATISYAHU, and MEIR ORNSTEIN,

                *Plaintiffs*,

-against-

KATHY HOCHUL, in her official capacity as Governor of the State of New York; LETITIA JAMES, in her official capacity as Attorney General of the State of New York; KEECHANT SEWELL, in her official capacity as Commissioner of the New York City Police Department; LOUIS FALCO, III, in his official capacity as Rockland County Sheriff; ERIC GONZALEZ, in his official capacity as the District Attorney of Kings County; and THOMAS WALSH, II, in his official capacity as the District Attorney of Rockland County,

                *Defendants*.
------------------------------------------------------------X

**DECLARATION OF AMEER BENNO IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Index No.: 22-CV-8300

AMEER BENNO, declares under penalty of perjury that the following is true and correct:

1. I am an attorney with BENNO & ASSOCIATES P.C., co-counsel for plaintiffs herein.

2. I am making this declaration in further support of plaintiffs' motion for a temporary restraining order and preliminary injunction, and I respectfully submit this declaration in order to place the relevant information and documents on the record.

3. Plaintiffs respectfully submit the following exhibits, all of which are true, correct and complete copies:

    1. The Verified Complaint;

    2. Report from the Anti-Defamation League dated April 26, 2022;