UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
STEVEN GOLDSTEIN, individually and on behalf of CONGREGATION BNEI MATISYAHU, and MEIR ORNSTEIN,

                       Plaintiffs,

               -against-

KATHY HOCHUL, in her official capacity as Governor of the State of New York; LETITIA JAMES, in her official capacity as Attorney General of the State of New York; KEECHANT SEWELL, in her official capacity as Commissioner of the New York City Police Department; LOUIS FALCO, III, in his official capacity as Rockland County Sheriff; ERIC GONZALEZ, in his official capacity as the District Attorney of Kings County; and THOMAS WALSH, II, in his official capacity as the District Attorney of Rockland County,

                       Defendants.
------------------------------------------------------------------------X

Docket No. 22-cv-8300 (VSB)

**DECLARATION**

      THOMAS E. HUMBACH, being an attorney duly admitted to practice before this Court, hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury that the following statements are true and correct:

      1.     I am the County Attorney for the County of Rockland and counsel for the Defendants, LOUIS FALCO, III, in his official capacity as Rockland County Sheriff, and THOMAS WALSH, II, in his official capacity as the District Attorney of Rockland County ("Rockland Defendants").

2. This Declaration is submitted in response to the Order to Show Cause seeking a temporary restraining order enjoining the Defendants from enforcing Penal Law § 265.01-e(2)(c). All of the statements of fact in this Declaration are made upon my personal knowledge except where stated otherwise.

3. I have consulted my clients, the Rockland Defendants, and they have agreed to defer to the Court and any such papers as may be filed by the other parties.

Dated: October 14, 2022
New City, New York

THOMAS E. HUMBACH
County Attorney
*Attorneys for Defendants*
*LOUIS FALCO, III, in his official capacity as Rockland County Sheriff, and THOMAS WALSH, II, in his official capacity as the District Attorney of Rockland County*
Rockland County Department of Law
11 New Hempstead Road
New City, New York 10956
(845) 638-5180

By: /s/Thomas E. Humbach
      Thomas E. Humbach
      County Attorney

LM# 2022-03539