UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

STEVEN GOLDSTEIN, individually and on behalf of CONGREGATION BNEI MATISYAHU, and MEIR ORNSTEIN,

                                                               Plaintiffs,

               -against-

KATHY HOCHUL, in her official capacity as Governor of the State of New York; LETITIA JAMES, in her official capacity as Attorney General of the State of New York; KEECHANT SEWELL, in her official capacity as Commissioner of the New York City Police Department, LOUIS FALCO, III, in his official capacity as Rockland County Sheriff; ERIC GONZALEZ, in his official capacity as the District Attorney of Kings County; and THOMAS WALSH, II, in his official capacity as the District Attorney of Rockland County,

                                                               Defendants.

------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

22 CV 8300 (VSB)

        **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel Nicholas R. Ciappetta, appears as counsel for Defendants KEECHANT SEWELL, Police Commissioner of the New York City Police Department, and ERIC GONZALEZ, Kings County District Attorney, sued herein in their official capacity, and requests to receive notice of all docket events via the Electronic Case Filing system.

        I certify that I am admitted to practice before this Court.

Dated:     New York, New York
            October 14, 2022

                                          Respectfully Submitted,

                                          HON. SYLVIA O. HINDS-RADIX
                                          Corporation Counsel of the City of New York

                                          Attorney for Defendants Keechant Sewell and Eric Gonzalez

100 Church Street
New York, New York 10007
(212) 356-4036
nciappet@law.nyc.gov

By: _____
NICHOLAS R. CIAPPETTA
Assistant Corporation Counsel

2