# EXHIBIT B



Case 1:22-cv-08300-VSB   Document 39-2   Filed 10/14/22   Page 3 of 3

Newspapers by ancestry
https://www.newspapers.com/image/423866447

Wallace County Register (Wallace, Kansas) · Sat, Feb 9, 1889 · Page 2
Downloaded on Oct 11, 2022

## An Ordinance.

An ordinance to prohibit intoxication, breach of peace, carrying deadly weapons, the use of obscene language, the discharge of fire arms, and to close places of amusement on Sunday in the city of Wallace, Kansas.

Be it ordained by the Mayor and Councilmen of the city of Wallace, Kansas.

SEC. 1  If any person shall be drunk in any highway, street, alley or in any public place or if any person shall be drunk in his own house or private building or place, disturbing his family or others, he shall be deemed guilty of a misdemeanor and upon conviction shall be fined in any sum not exceeding $25, or by imprisonment in the city jail for a period not exceeding thirty days.

SEC. 2.  Any person who shall willfully disturb the peace or quiet of any person or family or neighborhood shall upon conviction be fined in any sum not exceeding $25 or by imprisonment in the city jail not exceeding 30 days.

SEC. 3  Any person who shall be found carrying on his person a pistol, bowie knife, dirk or other deadly weapon shall upon conviction be fined in any sum not exceeding $25 or by imprisonment in the city jail not exceeding 30 days: Provided however that this shall not apply to any peace officer of the state, counties or cities of this state and provided further that if it shall appear to the court trying the offense that the accused was engaged in any legitimate business or calling that would necessitate the carrying of any such weapons, such person shall be acquitted.

SEC. 4  Any person who shall discharge any firearms or any other dangerous material or substance by force upon any street, lot, ground, alleys, or in the vicinity of any building, shall upon conviction be fined in any sum not exceeding $25 or by imprisonmeament in the city jail not exceeding 30 days.

SEC. 5  Any person who shall speak, utter, or use any obscene or indecent language in any public place in the presence and hearing of any female shall upon conviction be fined in any sum not exceeding $25 or be imprisoned in the city jail not exceeding 30 days.

SEC. 6  Any person who shall on the first day of the week, commonly called Sunday, keep open any billiard room, ball or pin alley, skating rink, house, ground or other place of amusement shall upon conviction be fined in any sum not exceeding $25 or be imprisoned in the city jail not exceeding 30 days.

SEC. 7  Who ever shall aid, assist or counsel another to commit any of the offenses herein prohibited shall be guilty of the same offense as if he had committed the same and punished accordingly notwithstanding the principal may not have been arrested or charged.

SEC. 8  All fines and costs imposed under this ordinance shall be by commitment of the accused to the city jail until the same is paid.

SEC. 9.  This ordinance shall take effect and be in force from and after its passage and publication in the Wallace County Register. Passed the 31st day of January 1889.

Attest C. J. SMITH,    PETER ROBIDOUX,
Clerk. protem.    Mayor.

Published Feb. 9th, 1889.    [Seal]

Copyright © 2022 Newspapers.com. All Rights Reserved.


POWERED BY Newspapers.com™