# EXHIBIT E

Case 1:22-cv-08300-VSB   Document 39-5   Filed 10/14/22   Page 2 of 3

The Southern Home (Charlotte, North Carolina) · Mon, Sep 22, 1873 · Page 1
https://www.newspapers.com/image/67814468
Downloaded on Oct 11, 2022



Copyright © 2022 Newspapers.com. All Rights Reserved.



Case 1:22-cv-08300-VSB   Document 39-5   Filed 10/14/22   Page 3 of 3

Newspapers
by ancestry
https://www.newspapers.com/image/67814469

The Southern Home (Charlotte, North Carolina) · Mon, Sep 22, 1873 · Page 2
Downloaded on Oct 11, 2022

W. F. DAVIDSON,
Mayor.

September 22

## STANLEY CREEK CAMP GROUND, Gaston County, N. C.—Laws and Regulations.

By Act of the General Assembly ratified the 28th day of February, 1873, Chapter 46th, page 441, Richard Rankin, Wm. T. Shipp, Robert Rutlege, Henry Rhyne, John Moore, James Rankin, A. W. Davenport, S. P. Sherrill, J. O. Jenkins and F. F. Wilkerson, were incorporated as Trustees of Stanley Creek Camp Ground, with power to establish such rules and regulations for the observance of order, decorum and removal of nuisances. The Trustees met at said Camp Ground, on Wednesday, the 17th September, 1873, and adopted the following regulations and bylaws:

1st. That if any persons shall violate or disturb public worship or the quiet of the people while assembled at this place for worship, and until all the people, who shall have been assembled for worship shall be removed therefrom, in any shape or form by behaving unseemly, or who shall appear drunk within the bounds of said Camp Ground, which, by law comprehends twenty-two acres, shall be arrested forthwith and brought before any magistrate of this county, and on conviction shall pay a fine of not less than ten, nor more than twenty-five dollars for each and every offence, or be imprisoned not less than one nor more than three months, or both at the discretion of the Court, to be sued for and recovered in the name of the Chairman of the Board, before any magistrate of Gaston County.

2nd. That any person or persons refusing by force or threats, or by drawing of deadly weapons, such as pistols or knives, or any other dangerous weapon, to be arrested, shall, on conviction of these, or any one of these offences, be fined in addition not less than ten nor more than twenty-five dollars, or be imprisoned not less than one nor more than three months, or both at the discretion of the Court.

3rd. That if any person or persons shall sell or dispose of spirituous liquors, or if spirituous liquors be found in their possession in such a manner as to satisfy the investigators of said case, that it was for sale or disposal, or any spirituous liquors found out to belong to any person at, or on said Camp Ground, such persons as shall offend by selling or disposal, or by having in his or their possession, or being found to be the owners of said spirituous liquors in the incorporation while the people shall be assembled for public worship, shall be arrested, and on conviction be fined not less than ten, nor more than twenty-five dollars, or imprisoned not less than one nor more than three months, or both, at the discretion of the Court.

4th. That no person shall erect a stand for the selling or giving away any article or commodity, in the bounds of said incorporation, while the people may be assembled for public worship. Any person offending against this article, shall be arrested, and on conviction be fined not more than twenty-five dollars, or imprisoned not more than three months.

5th. That any person being found with or carrying guns or pistols within the incorporate limits of said Camp Ground, where the people may be assembled for public worship, shall be fined not less than ten, nor more than twenty-five dollars, or be imprisoned not less than one nor more than three months or both at the discretion of the Court.

6th. That any person shooting within said incorporation while the people shall be assembled for public worship, on said Camp Ground, shall be arrested, and on conviction, shall be fined not less than ten, nor more than twenty-five dollars, or be imprisoned not less than one, nor more than three months or both at the discretion of the Court.

7th. That it shall be the duty of the Chairman of this Board at each and every Camp Meeting, held at this place, to appoint five discreet and suitable persons as a Police Committee, who shall see that these orders are strictly enforced, and preserve the peace and quiet of the public worship, and cause to be enforced such other rules and orders as may be communicated to them from time to time by the Board.

A. W. DAVENPORT,
Chairman.
WM. T. SHIPP,
Secretary.

September 22—1t

Copyright © 2022 Newspapers.com. All Rights Reserved.

POWERED BY
Newspapers.com