

October 18, 2022

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Goldstein, et al. v. Hochul, et al.,* 22-CV-8300 (VSB)

Your Honor:

I, along with Cory Morris, Esq., am counsel for plaintiffs in this case. I submit this letter to respectfully oppose on timeliness grounds Everytown for Gun Safety's motion to file an amicus brief in this matter.

This application was brought nearly three weeks after we filed our motion for a preliminary injunction, and just three days before our reply papers are due. Everytown has not explained why it waited until the eleventh hour to make this request.

To the extent that Everytown's proposed amicus brief advances arguments not contained in the opposition papers filed by the defendants, plaintiffs would want to respond to them. However, given the current deadlines, there is insufficient time to do so without causing delay. In light of those circumstances, we ask this Court to deny the amicus application as untimely.

                                                                Respectfully submitted,

                                                                Ameer Benno

cc:   All counsel by ECF