

October 19, 2022

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Goldstein, et al. v. Hochul, et al.,* 22-CV-8300 (VSB)

Your Honor:

    I am co-counsel for Plaintiffs in this case. Plaintiffs' reply memoranda relating to their application for a preliminary injunction is due on Friday, October 21, 2022. For purposes of clarity and economy, Plaintiffs would like to file a single reply memorandum that responds collectively to the arguments raised by the City and State Defendants in their opposition papers.

    To that end, Plaintiffs respectfully seek: (1) an enlargement of the page limitation of the reply from 10 pages to 15 pages; and (2) that the page limit of their supporting declaration be increased from 10 to 15 pages (commensurate with what the State defendants received). The enlargements are essential to respond to the multiple arguments raised by defendants in their papers and to place the necessary facts into the record.

    I have conferred with all defense counsel, and none object to the page limit expansions requested herein. Thank you for all courtesies extended.

Respectfully submitted,

Ameer Benno

cc:   All counsel by ECF