UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

STEVEN GOLDSTEIN individually and on behalf of CONGREGATION BNEI MATISYAHU, and MEIR ORNSTEIN,

                            *Plaintiffs*,

-against-

KATHY HOCHUL, in her official capacity as Governor of the State of New York; LETITIA JAMES, in her official capacity as Attorney General of the State of New York; KEECHANT SEWELL, in her official capacity as Commissioner of the New York City Police Department; LOUIS FALCO, III, in his official capacity as Rockland County Sheriff; ERIC GONZALEZ, in his official capacity as the District Attorney of Kings County; and THOMAS WALSH, II, in his official capacity as the District Attorney of Rockland County,

                            *Defendants*.

------------------------------------------------------------------------X

**SUPPLEMENTAL DECLARATION OF AMEER BENNO IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Index No.: 22-cv-8300 (VSB)

AMEER BENNO, declares under penalty of perjury that the following is true and correct:

    1.    I am an attorney with BENNO & ASSOCIATES P.C., co-counsel for plaintiffs herein.

    2.    I make this supplemental declaration in further support of plaintiffs' motion for a preliminary injunction, and I respectfully submit this supplemental declaration in order to place the relevant information and documents on the record.

    3.    Plaintiffs respectfully submit the following exhibits, all of which are true, correct and complete copies:

        1.    New York State Senate Introducer's Memorandum in Support. Bill S51001;

        2.    Decision and Order in *Hardaway, et al. v. Nigrelli, et al.*, 22-CV-771 (JLS) (W.D.N.Y. Oct. 20, 2022)

1

      3. Declaration of Joyce Lee Malcolm;

      4. Georgia laws from 1770;

      5. Maryland law from 1642;

      6. Massachusetts law from 1636-37;

      7. South Carolina law from 1743;

      8. Virginia law from 1619;

      9. New Haven Colony law from 1646;

      10. Plymouth Colony law from 1658

4. A copy of my signature, sent electronically or by facsimile transmission, may be treated as the original for the purpose of serving and filing this declaration, and the original will be provided if required.

Dated: New York, New York
October 24, 2022

BENNO & ASSOCIATES P.C.

By: _____
    Ameer Benno, Esq.
30 Wall Street, 8th Floor
New York, NY 10005
Tel.: (212) 227-9300
Email: abenno@bennolaw.com