*Proceedings of the Council of Maryland*, 1636–1647.   103

in executing the charge and Command aforesaid upon pain of  Liber F.
Contempt as may be Justly Inflicted by the Law Martiall, Given
under our Great Seal at S<sup>t</sup> Maries this 23th June 1642

This our Comission to endure untill further Order to the
Contrary. Given 23 June 1642.

Cecilius &c To our Trusty Councellor William Blount Esq  p. 154
Greeting Whereas the Military band of our County of S<sup>t</sup> Maries
is at this time destitute of a Captain to take care & Charge of
the Safety and defence thereof Especially in this present danger
and fear of the Incursions of Some Indians our enemies, We
relyeing much upon the Skill and Courage Doe hereby Con-
stitute and authorise you to be the Captain of the Souldiery
our Said County of S<sup>t</sup> Maries to leavie Muster and train all or
any English able to bear arms within O<sup>r</sup> S<sup>d</sup> County according
to your disretion and to punish all Contemners and other
offenders against the Law of discipline of war, according to the
Said Law and discipline as near as you may, and to use all
force and means you may for the resistance of the Enemy and
Safety and defence of the Colony, and to doe all and every
other thing which unto the Charge and Office of a Captain of
an Army belongeth or have accustomed to belong, And We
doe hereby require all the Inhabitants of the Said County and
all other persons within the Same for the time being to be
obedient unto you in all things that Shall concern the Execution
of the power & Command hereby Comitted unto you upon
Such pain of Contempt as may be Justly Inflicted by the Law
Martiall, This our Comission to endure untill the return of our
Dear brother Leonard Calvert into this Province, or untill
furth<sup>r</sup> Order to the Contrary Given 23 June 1642.

Orders proclaimed 23 June 1642 upon pain of death or other
penalties, as by Severity of Martiall Law may be inflicted:

That noe Inhabitant or housekeeper entertain any Indian
upon any colour of Licence, nor doe permitt to any Indian any
Gunn powder and Shott.

That all housekeepers provide fixed gunn and Sufficient
powder and Shott for each person able to bear arms.

Noe man to discharge 3 Gunns within the Space of ¼ hour  p. 155
nor concurr to the dischargeing Soe many, except to give or
Answer alarm.

Upon the hearing of an Alarum every housekeeper to answer
and continue it Soe far as he may.

Noe man able to bear arms to goe to church or Chappell or
any considerable distance from home without fixed gunn and
1 Charge at least of powder and Shott.

7