Case 1:22-cv-08300-VSB   Document 50-6   Filed 10/24/22   Page 1 of 1

1636-7.

9 March.

321–
Order for watches, &c., to prevent danger by Indians.

Wheareas many complaints have bene made to this Court, both formerly & at p'sent, of the great neglect of all sorts of people of vseing the lawfull & necessary meanes of their safety, especially in this time of so much danger fr̄o the Indians, it is therefore ordered, that the millitary officers in every towne shall pvide that the watches bee dewely kept in places most fit for com̄on safetie, & also a ward on the Lords dayes, the same to begin before the end of this first month, & to bee continued vntill the end of September; & that every pson above the age of 18 yeares (except magistrats & elders of the churches) shalbee compellable to this servise, either in pson or by some substitute, to bee alowed by him that hath the charge of the watch or warde for that time, vpon paine of 5$^s$ for every default, to bee levyed by distresse by the surveyar of the armes, & to bee implyed for light & fyer, & such necessaries, by the discretion of the millitary officers./

Arme to be brought to public assembly.
Rep. 3:2: 1638.

And all such persons (except such as some Courte or the counsell shall see cause to dispence w$^{th}$, & except those of Boston who shall hearin bee ordered by the magistrates there) shall come to the publike assemblyes with their musketts, or other peeces fit for servise, furnished w$^{th}$ match, powder, & bullets, vpon paine of 12$^d$ for every default, to bee levyed & imployed as aforesaid./

322–
Not to trauajle w$^{th}$out armes.

And no person shall travell above one mile from his dweling house, except in places wheare other houses are neare together, w$^{th}$out some armes, vpon paine of 12$^d$ for every default, to bee levyed & imployed as aforesaid./

323–
Watch houses.

And every towne shall pvide a sufficient watch house before the last of the 5th month next, vpon paine of 5$^l$./

Provided, that all such as keepe families at their farmes, being remote from any towne, shall not bee compellable to send their servants from their farmes to watch or warde in the townes./

324–
Surveyr to give accont of forfeitures.

The surveyor of the armes shall give account to the townesmen of all the said forfectures, & the imployment thereof, & any of the Courts or the counsell shall have power to heare & determine all questions & differences w$^{ch}$ may arise about the execution of this order./

For Dorchester, M$^r$ Israel Staughton chosen captaine; M$^r$ Natha: Dunkan, leiftenant; John Homan, ensigne./

For Charlestowne, M$^r$ Robert Sedgwick chosen captaine./

For Watertowne, M$^r$ William Jenison chosen captaine./

[*189.]
Georg: Cook, cap$^t$.

* For Newetowne, M$^r$ George Cooke chosen captain; M$^r$ Willi: Spencer, leiftenant; M$^r$ Sam: Shepard, ens[ign]./

For Saugust, M$^r$ Da_, _; M$^r$ Daniel Howe, leiftenant; Rich$^{rd}$ Walker, ensign./