and manner that debts under twenty pounds are directed to be recovered by the Act for the trial of small and mean causes.

II. *Provided, and be it further enacted*, That nothing hereinbefore contained shall be construed to extend to persons living within the parish of St. Philip's, Charlestown; but in lieu thereof, the whole watch of Charlestown, aforesaid, shall be obliged to perform watch and ward under arms, during divine service, in the same manner as a part only of the said watch are now by law enjoined to do, and for which a pay or additional allowance of ten pounds per annum shall be given to every man of the said watch, to be paid by an assessment on the inhabitants of Charlestown, according to the method already laid down for the payment of the said watch.

*Proviso as to Charleston.*

III. And to the intent that this Act may be more duly carried into execution, by which the inhabitants of this Province may be the better secured and provided against the insurrections and other wicked attempts of negroes and other slaves, *Be it further enacted* by the authority aforesaid, That the church-warden and church-wardens of each respective parish, and the deacon or deacons, and elder or elders, or either of them, resorting to other places of public worship in this Province, (excepting the places of public worship within the parish of St. Philip's, Charlestown,) who shall be at any such church, or other place of public worship, as aforesaid, where any person liable to bear arms, as aforesaid, shall come and resort without his gun or pair of horse pistols and ammunition, as aforesaid, and such church-warden or church-wardens, deacon or deacons, elder or elders, who shall wilfully neglect, after having notice of the offence, to inform against such person so offending against this Act, in order to recover the penalty, as aforesaid, every such church-warden or church-wardens, deacon or deacons, elder or elders, who shall happen to be at such church or other place of divine worship as aforesaid, when such offence against this Act shall be committed, and who shall wilfully neglect, after having notice of the offence, to inform as aforesaid, within twenty days next after such offence committed, shall forfeit and pay, for every such neglect, to any person who will inform for the same within five days next after the expiration of the said twenty days, the sum of twenty shillings, current money of the Province aforesaid, for every person so offending as aforesaid, to be recovered as aforesaid.

*Duty of church wardens, deacons, &c.*

IV. *And be it further enacted* by the authority aforesaid, That in case any person or persons, as aforesaid, liable to bear arms, as aforesaid, being at such church or other place of divine worship, as aforesaid, who shall refuse or neglect, on demand of the said church-warden or church-wardens, deacon or deacons, elder or elders, respectively, (or in case none such shall be present, then on demand of any commissioned officer of the militia in this Province,) to produce and shew his gun or pair of horse pistols and ammunition, required so to be brought with such person and persons, as aforesaid, to the intent it may be known whether the same are fit for immediate use and service, every such person so refusing or neglecting to produce and shew the same, shall, for every such offence, forfeit and pay the sum of twenty shillings, current money, to be recovered, paid and applied in the same way and manner, and to the same uses, as the first forfeiture in this Act mentioned is directed to be recovered, paid and applied.

*Penalty for neglect.*

V. And *whereas*, an Act of the General Assembly of this Province, entitled "An Act for the better ordering and governing negroes and other slaves in this Province," which hath been found to be a wholesome and beneficial law, is near expiring; *Be it therefore enacted* by the authority

aforesaid, that the said Act entitled "An Act for the better ordering and governing negroes and other slaves in this Province," passed the tenth day of May, in the year of our Lord one thousand seven hundred and forty, be, and is hereby declared to be, revived, continued and enacted to be of full force and virtue for and during and unto the full end and term of three years after the passing of this Act, and from thence to the end of the next session of the General Assembly, and no longer; and this Act, and every matter and thing herein contained, shall continue and be of force for the same time, and no longer.

<small>Act of 1740 revived and continued.</small>

BENJ. WHITAKER, *Speaker.*

In the Council Chamber, the 7th day of May, 1743.

Assented to: WILLIAM BULL.

---

AN ACT FOR GIVING FREEDOM TO A NEGRO MAN NAMED ARRAH, LATE A SLAVE BELONGING TO MR. HUGH CARTWRIGHT; AND TO CONFIRM THE FREEDOM OF ALL NEGROES AND OTHERS WHO HAVE BEEN OR SHALL BE SLAVES TO ANY OF THE INHABITANTS OF THIS PROVINCE, THAT ALREADY HAVE, OR SHALL HEREAFTER, HAVING BEEN TAKEN, MAKE THEIR ESCAPE FROM HIS MAJESTY'S ENEMIES, AND RETURN TO THIS PROVINCE.

No. 754.

WHEREAS, a negro man named Arrah, late a slave, belonging to Mr. Hugh Cartwright, of this Province, hath, by his humble petition to the General Assembly, set forth, that on the thirteenth day of April, in the year of our Lord one thousand seven hundred and forty-five, he, the said Arrah, was taken prisoner by a French privateer sloop, of Cape Roman, in a schooner belonging to the said Hugh Cartwright; and that great encouragement was offered to be given him by the enemy if he would join with them against the English, and assist them as a pilot for the Carolina coast, but he refusing to accept their offer, was sold as a slave to a French merchant at Porto Rico, from whence he found means to make his escape, and returned to this Province; and humbly praying that the premises being considered, such relief might be granted to the petitioner as should seem most meet: And forasmuch as it is doubtful whether the property in the said negro man Arrah, was entirely altered by his being taken and sold as a slave by the enemy, at Porto Rico aforesaid; *and whereas,* his returning to this Province was his own act, out of fidelity to the English: To the intent, therefore, that as well the said negro man Arrah, as all other negroes, and others, who have been or shall be slaves to any of the inhabitants of this Province, and have made or shall make their escape from his Majesty's enemies after being taken by them, may not be molested after their return to this Province—we humbly pray your most sacred Majesty that it may be enacted,

I. *And be it enacted,* by his Excellency James Glen, Esquire, Governor-in-chief and Captain-general, in and over his Majesty's Province of South Carolina, by and with the advice and consent of his Majesty's