Case 1:22-cv-08300-VSB   Document 50-8   Filed 10/24/22   Page 1 of 1

ward, or from any place between this and that, to go upwarde, upon paine of forfaiting ten pound sterling a time to the Governor. Provided, that if a servant having had instructions from his Master to observe this lawe, doe notwithstanding, transgresse the same, that then the said servant shalbe punished at the Governor's discretion; otherwise, that the master himselfe shall undergo the foresaid penalty.

No man shall trade into the baye, either in shallop, pinnace, or ship, without the Governor's license, and without putting in security that neither himself nor his Company shall force or wrong the Indians, upon paine that, doing otherwise, they shalbe censured at their returne by the Governor and Counsell of Estate.[1]

All persons whatsoever upon the Sabaoth daye shall frequente divine service and sermons both forenoon and afternoon, and all suche as beare armes shall bring their pieces swordes, poulder and shotte. And every one that shall transgresse this lawe shall forfaicte three shillinges a time to the use of the churche, all lawful and necessary impediments excepted. But if a servant in this case shall wilfully neglecte his Mr's comande he shall suffer bodily punishmente.

No maide or woman servant, either now resident in the Colonie or hereafter to come, shall contract herselfe in marriage without either the consente of her parents, or of her Mr or Mris, or of the magistrate and minister of the place both together. And whatsoever minister shall marry or contracte any suche persons without some of the foresaid consentes shalbe subjecte to the severe censure of the Governor and Counsell of Estate.

Be it enacted by this present assembly that whatsoever servant hath heretofore or shall hereafter contracte himselfe in England, either by way of Indenture or otherwise, to serve any Master here in Virginia and shall afterward, against his said former contracte depart from his Mr without leave, or,

---

[1] "The trade into the bay" was trade with the Indian tribes in furs, skins, and Indian baskets.