# RECORDS

OF THE

# COLONY AND PLANTATION

OF

# NEW HAVEN,

FROM 1638 TO 1649.

TRANSCRIBED AND EDITED IN ACCORDANCE WITH A RESOLUTION
OF THE GENERAL ASSEMBLY OF CONNECTICUT.

WITH OCCASIONAL NOTES AND AN APPENDIX.

By CHARLES J. HOADLY, M. A.

State Librarian of Conn., Member of the Conn. Hist. Soc., Cor. Memb. N. E. Hist. Gen. Soc.

HARTFORD:
PRINTED BY CASE, TIFFANY AND COMPANY,
FOR THE EDITOR.
1857.

vnder the penalty of looseing all his labour, about euery such tree, leaveing it wholy to the towne, & paying besides on shilling as a fine for each tree so cutt, but if he carry away the tree or any part of itt w'hout leave, he shall pay such further fine as the court shall judge meete.

And that none vnder the same penalties barke or cause to be barked any trees whether for tanning, dying or other vse, w'hout order & appojntment of Serjeant Andrewes, Serjeant Jeffrejes, Sarjent Munson & Corporall Whithead, who are to consider where the tann'rs, dyers or others, may conveyniently gett barke w'h least damadge to the publique. And if any man cutt, bark, lopp or fell any tree w'hin the proprjety or allotment of any planter w'hout leave, he shall pay damadg to the owner, according to the course of justice.

[122] ‖ It is ordered that the magistrates, elders & deacons, shall henceforward have the disposeing of all howselotts not yet granted, w'h the outward accomodations thereynto appertayning, to such person or persons as they shall judge meete for the good of the plantation, & that none be received as a planter, either by admission or purchase, w'hout their consent or allowance, & that noe planter or proprietor sell or let any howse or land to any stranger or other not before a planter, either by lease or otherwise, w'hout the approbation & consent of those before mentioned & intrusted, & all bargaynes, &c. not agreeing w'h this order to be voide.

It is ordered that every male from 16 to 60 yeares of age who shall dwell or sojourne w'hin this plantation, or any part of the bownds & limitts of it for a month together, shalbe & continew at all times compleatly furnished w'h armes, viz a good serviceable gunne, a good sword, bandeleeres, a rest, all to be allowed by the military officers, one pownd of good gun powder, fower pownd of bullets, either fitted for his gunne or pistoll bulletts, w'h fower faddome of match fit for service w'h every match locke, & 4 or 5 good flints fitted for every firelock peece, all in good order & ready for any suddayne occassion, service or veiw, vnder the penaltie of 10ˢ fine, to be paid by eu for euery person, so oft as he shalbe fownd defective & faulty; each master or governour paying not only for himselfe, but for all such as are vnder his chardge, for whome he should provide, & others to pay for themselues. It is further ordered that the captayne, (besides occasionall & extraordynary veiwes,) give order once every quarter of a yeare at least to the millitary officers, that they take a stryckt veiw of all the armes belonging to the towne, that they may see & report that every male from 16 to 60 be furnished as before mentioned, vnder the penalty of 40ˢ fine if he neglect to give order, & that

26

the military officers doe accordingly take the said veiw vnder the penalty of 40ˢ, to be levyed of them as the court vppon examjnation shall find cause, & that a due returne of all defects be made to the captayne & by him or the clarke at his appoyntment, vnder the penalty afforesaid, to the court, that the fines may be duely gathered & that each of those veiw dayes be so published & made knowne, that euery one may bring his compleate armes, powder, shott, &c. as before exprest, to the place & at the time appoynted, vnder the penaltye of 10ˢ fine as if not furnished, the monthly court to judge of the difference of defects.

It is ordered that there be henceforward six gennerall traynings every yeare, viz⁴, the first Munday in Aprill, the first Munday in May, the first Munday in June, September, October and November. But if any of these dayes proue raynye, so that the service cannot be carrjed on to satisfaction, it shalbe supplyed the next following second day w'h proues fayre, or if the governour & magistrates vppon any publique respects see cause to put of the trayning on any of the dayes before named, though proueing faire, adviseing w'h the cheife military officers, it shalbe carryed on in some other fit season as they shall appoynte: on every of w'ch trayning dayes before expressed, all & every of the males w'hin, or belonging to this plantation, from 16 to 60 yeares of age, not exempted by the place or office they hold, or vppon some other respect dispensed w'h by the generall court, shall diligently atend the military nurture & exercises, that they may learne the better to handle & vse their armes, reddyly vnderstand & obey the words of command, & be generally fitted for all military service as occasion may require. And whosoeuer shall totally absent on any of those appoynted trayning dayes; or shall dept w'hout leave befor the company breake vpp, or shall not be furnished w'h compleat armes for traynings shall pay 5ˢ fine. And whosoever shall come late after the second drume hath left beating, his name being so returned, he shall pay one shilling fine. But if any man come late, & shew not himselfe to the clarke that he may enter his appearance such as it is, it shalbe chardged as totall absence, and he shall pay accordingly.

And for the incouradgment of military officers and company, it is ordered and granted that all the fines for absence & late comming, whether on the generall trayninge dayes or on the squadron dayes of trayning hereafter mentioned shall wholy goe to them, to be disposed by the military officers in powder & shott, &c, that they may set vpp marks to shoote at, or may furnish themselues for their military exercises, that the service may be more comfortably carryed on, & yet, if there be cause,