

October 24, 2022

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *Goldstein, et al. v. Hochul, et al.,* 22-CV-8300 (VSB)

Your Honor:

    I, along with Cory Morris, Esq., am counsel for plaintiffs in this case. I submit this letter in response to the defendants' letter request for an extension of time to answer or respond to the Complaint in this matter.

    We strongly believe that professional courtesies should be extended to opposing counsel whenever possible, as long as doing so does not jeopardize the case or our clients' interests. Here, however, our clients – and others like them – are suffering grave and irreparable harm each day this unconstitutional law remains in place.

    Thus, we respectfully must object to defendants' request to extend their time to respond to the Complaint *sine die*.

    We thank the Court for its kind consideration.

                                                        Respectfully submitted,

                                                        Ameer Benno

cc:    All counsel by ECF