

**LEX SCRIPTA**
**LEX TRADITA**

LAW OFFICES OF
CORY H. MORRIS
ATTORNEY &
COUNSELOR AT LAW

## *Via Electronic Case Filing Only*

October 26, 2022

VERNON S. BRODERICK, USDJ
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
THURGOOD MARSHALL UNITED STATES COURTHOUSE
40 Foley Square, Courtroom 518
New York, NY 10007

Re:     General Purpose Computing Device Request for October 28, 2022 Hearing
*Goldstein et al v. Hochul et al*, Index No: 22-cv-08300-VSB

I write on behalf of Plaintiff's counsel, as per the direction of Your Honors' chambers, to submit this letter request for Your Honor to So Order the enclosed proposed order allowing General Purpose Computing Devices to be brought into court to facilitate oral argument scheduled for October 28, 2022 at 10:00 AM in the above matter.

Plaintiff's counsel have Windows-Operated laptops, that are described in the order together with an android cellular phone, for Cory Morris, and an iPhone, for Ameer Benno.

We thank the Court for its kind consideration. Should the Court have any questions or concerns, please do not hesitate to contact the undersigned.

Cory H. Morris
*Attorney for the Plaintiffs*

Encl: