UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
STEVEN GOLDSTEIN, individually and on behalf of CONGREGATION BNEI MATISYAHU, and MEIR ORNSTEIN,

                                      Plaintiffs,

                  -against-

KATHY HOCHUL, in her official capacity as Governor of the State of New York; LETITIA JAMES, in her official capacity as Attorney General of the State of New York; KEECHANT SEWELL, in her official capacity as Commissioner of the New York City Police Department; LOUIS FALCO, III, in his official capacity as Rockland County Sheriff; ERIC GONZALEZ, in his official capacity as the District Attorney of Kings County; and THOMAS WALSH, II, in his official capacity as the District Attorney of Rockland County,

                                      Defendants.
------------------------------------------------------------------------X

Docket No. 22-cv-8300 (VSB)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that THOMAS E. HUMBACH, County Attorney for the County of Rockland, by Patrick Fischer, Principal Assistant County Attorney, hereby appears in this matter on behalf of defendants LOUIS FALCO, III, in his official capacity as Rockland County Sheriff, and THOMAS WALSH, II, in his official capacity as the District Attorney of Rockland County.

Dated: October 27, 2022
       New City, New York

                                      THOMAS E. HUMBACH
                                      County Attorney
                                      *Attorneys for Defendants*
                                      *LOUIS FALCO, III, in his official capacity as Rockland County Sheriff, and THOMAS WALSH, II, in his official capacity as the District Attorney of Rockland County*
                                      Rockland County Department of Law
                                      11 New Hempstead Road
                                      New City, New York 10956
                                      (845) 638-5180

                                      By: */s/ Patrick Fischer*
                                                Patrick Fischer
                                                Principal Assistant County Attorney

LM# 2022-03539