UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
                                                  :

STEVEN GOLDSTEIN individually and on    :
behalf of CONGREGATION BNEI        :
MATISYAHU, and MEIR ORNSTEIN,     :

                                                  :             22-CV-8300 (VSB)

                       Plaintiffs,     :

                                                    :             **ORDER**

                 -against-        :

                                                        :

KATHY HOCHUL, in her official capacity as :
Governor of the State of New York; LETITIA :
JAMES, in her official capacity as Attorney :
General of the State of New York;        :
KEECHANT SEWELL, in her official     :
capacity as Commissioner of the New York  :
City Police Department; LOUIS FALCO, III, :
in his official capacity as Rockland County  :
Sheriff; ERIC GONZALEZ, in his official   :
capacity as the District Attorney of Kings   :
County; and THOMAS WALSH, II, in his   :
official capacity as the District Attorney of  :
Rockland County.                       :

                                          :

                    Defendants.  :

                                          :
---------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I held a show cause hearing on October 28, 2022 to determine whether Defendants

should be enjoined from enforcing Penal Law 265.01-e(2)(c) during the pendency of this action.

During the hearing, I requested that Plaintiffs provide supplemental declarations on the factual

questions and issues I raised in my Order dated October 27, 2022 ("October 27 Order") and

during the October 27 show cause hearing.  (Doc. 57.)  It is hereby

      ORDERED that Plaintiffs submit supplemental declarations from the individual plaintiffs

answering the questions contained in my October 27 Order and/or raised during the hearing

today.  If Defendants wish to reply to the supplemental declarations, they must file a letter explaining why they believe a sur-reply is necessary and appropriate.

IT IS FURTHER ORDERED that Plaintiffs attach clear and legible copies of their firearm licenses to their supplemental declarations, including any firearms licenses from other states.  To the extent that there is information that Plaintiffs believe should be redacted from the licenses, they should consult my individual rules regarding the procedures concerning redactions and filing under seal.

SO ORDERED.

Dated:  October 31, 2022
        New York, New York

Vernon S. Broderick
United States District Judge