Lic# **2009-10-48**

D.O.I. 10/20/2009

Exp.

### STATE OF NEW YORK
### Rockland County

LICENSE TO CARRY PISTOL IS HEREBY GRANTED



**MEIR Z ORNSTEIN**

███████████

**MONSEY, NY 10952**

Occupation: **EMT**
Employer: **RAMAPO VALLEY AMBULANCE CORP**
Nationality: **USA**
Date Of Birth: ███████
Ht: 5' 9"   Wt: 186   Sex: M

**UNRESTRICTED**

ROLF M. THORSEN A.J.S.C.,  Judge Rockland County Court







**STATE OF ARIZONA**
**DEPARTMENT OF PUBLIC SAFETY**
*Courteous Vigilance*

# CONCEALED WEAPONS PERMIT
## ORNSTEIN, MEIR ZEV

| Permit # | Issue Date | Expiration Date |
|---|---|---|
| 9029241 | 12/5/2018 | 12/5/2023 |

| Race | Sex | Height | Weight | Hair | Eyes | DOB |
|---|---|---|---|---|---|---|
| W | M | 509 | 190 | BLK | BRO | ▇▇▇▇ |

I HEREBY CERTIFY THAT THE PERSON DESCRIBED HEREON HAS BEEN GRANTED THE
PRIVILEGE OF CARRYING A CONCEALED WEAPON IN COMPLIANCE WITH ARIZONA REVISED
STATUTE 13-3112.

DIRECTOR, ARIZONA DEPARTMENT OF PUBLIC SAFETY



SP 4-129(1-2010)
PENNSYLVANIA LICENSE TO CARRY FIREARMS

☒ NEW    ☐ RENEW
☐ DUPL / CORRECTION

NO. **14-00024557**

| 1. NAME(LAST) | (FIRST) | (MIDDLE) | (JR.,ETC.) |
|---|---|---|---|
| **ORNSTEIN, MEIR ZEV** | | | |

2. ADDRESS
████████████ **MONSEY, NY 10952**

| 3. Point Of Contact Phone Number | | 4. DATE ISSUED | 5. DATE EXPIRES |
|---|---|---|---|
| ████████ (FOR LAW ENFORCEMENT USE ONLY) | | **6/25/2020** | **6/25/2025** |

| 6. REASON TO CARRY | 7. DOB | 8. HGT | 9. WGT | 10. EYES |
|---|---|---|---|---|
| **Employment** | ████ | **509** | **220** | **BRO** |

| 11. HAIR | 12. SEX | 13. RACE | 14. U.S. CITIZEN | 15. COUNTRY OF CITIZENSHIP |
|---|---|---|---|---|
| **BLK** | **M** | **W** | **Y** | **US** |

16. IMMIGRATION ID NO. (IF APP)

17. SIGNATURE OF LICENSEE

18. SIG OF ISSUING AUTHORITY

19. SHERIFF OR CHIEF OF POLICE OF
**Centre**



# UTAH

# C631973

## DEPARTMENT OF PUBLIC SAFETY
### Concealed Firearm Permit

NAME: **MEIR ZEV ORNSTEIN**

D.O.B ███████     SEX: **M**

ADDRESS: ████████████████

CITY: **MONSEY**     ST: **NY** ZIP: **10952**

DATE OF ISSUE: **02/08/2022**   DATE OF EXPIRATION: **04/19/2027**

HT: **509**  WT: **220**  EYES: **BRO**  HAIR: **BLK**

Commissioner of Public Safety: