





 Gmail

## FW: Acknowledgment of Receipt of Renewal Application

| | |
|---|---|
| ■■■I ■■■@gmail.com> | Fri, Oct 28, 2022 at 3:33 AM |
| To: Cory Morris ■■■ >, Ameer Benno ■■■ >, Ameer Benno ■■■ >, Ameer Benno ■■■ >, Tzvi Waldman ■■■ | |

Sent from my Galaxy

-------- Original message --------
From: "NYPD-Work, SERVICE" <donotreplylicdiv@nypd.org>
Date: 8/1/22 3:45 PM (GMT-05:00)
To: "GOLDSTEIN, STEVEN" ■■■l@gmail.com>
Subject: Acknowledgment of Receipt of Renewal Application

Acknowledgment of Receipt of Renewal Application

Dear GOLDSTEIN, STEVEN,                              Application # PB2022010304

Your online renewal application has been received. Your application number is PB2022010304. The License Division will review your renewal application, including documents/forms that you have uploaded. License Division may also request any additional documents/forms needed to process your application. Failure to provide any additional requested documents is grounds for disapproval of your renewal application and cancellation of your license.

As soon as a decision is made regarding your renewal application, you will be notified.

Now that you have submitted your application, your license will remain active while your renewal application is pending. If the expiration date on your license passes while your renewal application is pending, you should carry this acknowledgment letter together with your license until such time as your license may be renewed and a new license with an updated expiration date has been issued.

Law Enforcement Officers:

As per New York State Penal Law Section 400.00(10)(a), any application to renew a license that has not previously expired, been revoked, or cancelled, shall thereby extend the term of the license until disposition of the application by the licensing officer.

New York City Police Department Police Officers: If you are presented with this acknowledgment letter and with an expired handgun license, check the Data Awareness System (DAS) to ensure that the license status is ACTIVE. If the license status is not ACTIVE, take possession of the handgun license and of any firearm(s) associated with the license. Notify the License Division.

Non-NYPD Law Enforcement Officers may also check the status of the license by calling the License Division at (646) 610-5872 or by contacting any NYPD precinct.

Sincerely,

Hugh Bogle

Deputy Inspector