UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN GOLDSTEIN, *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> KATHY HOCHUL, *et al.*, <br><br> Defendants. | **NOTICE OF APPEAL** <br><br> No. 1:22-CV-8300-VSB |

**NOTICE IS HEREBY GIVEN** that Plaintiffs in the above-captioned action, STEVEN GOLDSTEIN, CONGREGATION BNEI MATISYAHU and MEIR ORNSTEIN, hereby appeal to the United States Court of Appeals for the Second Circuit from the Order signed and entered by Judge Vernon S. Broderick of this Court on June 28, 2023 (Dkt. 65) denying Plaintiffs' motion for a preliminary injunction.

Dated: New York, New York
       July 5, 2023

Respectfully submitted,

_____
Ameer Benno
BENNO & ASSOCIATES P.C.
30 Wall Street, 8th Floor
New York, NY 10005
Tel.: (212) 227-9300
Email: abenno@bennolaw.com

Cory H. Morris, Esq.
THE LAW OFFICES OF CORY H. MORRIS
863 Islip Avenue
Central Islip NY 11722
Tel.: (631) 450-2515
Email: coryhmorris@gmail.com

*Attorneys for Plaintiffs-Appellants*

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 5, 2023, I filed and therefore caused the foregoing document to be served via the CM/ECF system in the United States District Court for the Southern District of New York on all parties registered for CM/ECF in the above-captioned matter.

_____
Ameer Benno

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 5, 2023, I filed and therefore caused the foregoing document to be served via the CM/ECF system in the United States District Court for the Southern District of New York on all parties registered for CM/ECF in the above-captioned matter.

_____
Ameer Benno