# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of September, two thousand twenty-three.

Before:  José A. Cabranes,
     *Circuit Judge,*

---

Steven Goldstein, Individually and on behalf of Congregation Bnei Matisyahu, Meir Ornstein,

   Plaintiffs - Appellants,

v.

Kathy Hochul, in her official capacity as Governor of the State of New York, Letitia James, in her official capacity as Attorney General of the State of New York, Keechant Sewell, in her official capacity as Commissioner of the New York City Police Department, Louis Falco, III, in his official capacity as Rockland County Sheriff, Eric Gonzalez, Esq., in his official capacity as the District Attorney of Kings County, Thomas Walsh, II, in his official capacity as the District Attorney of Rockland County,

   Defendants - Appellees.

**ORDER**

Docket No. 23-995

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/08/2023
```

---

  Appellants move the Court to hold this appeal in abeyance until the mandates issue in *Antonyuk v. Nigrelli* (No. 22-2908), *Hardaway v. Nigrelli* (No. 22-2933), and *Spencer v. Nigrelli* (No. 22-3237) (collectively, "*Nigrelli* appeals"), and to extend the time for Appellants' opening brief until 90 days after the mandates are issued in the *Nigrelli* appeals.

  IT IS HEREBY ORDERED that the motion is GRANTED, absent objection.

            For the Court:
            Catherine O'Hagan Wolfe,
            Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 09/08/2023