

**OFFICE OF THE COUNTY ATTORNEY**
11 New Hempstead Road
New City, New York 10956
Phone: (845) 638-5180    Fax: (845) 638-5676

**Thomas E. Humbach**
*County Attorney*

October 30, 2023

<u>*VIA ECF*</u>
Hon. Vernon S. Broderick, U.S.D.J.
U.S. District Court, S.D.N.Y.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**RE:**    *Goldstein et al. v. Kathy Hochul et al.*, **Docket No. 22-cv-08300 (VSB)**

Dear Judge Broderick,

This office represents the defendants Louis Falco, III and Thomas Walsh, II ("Defendants") in the above-referenced matter.  We submit this letter to request withdrawal of Patrick Fischer as counsel for Defendants.

Mr. Fischer is no longer associated with this office.  As such, we humbly request the Clerk of the Court be directed to terminate Patrick Fischer as counsel for Defendants on the docket.

Thank you for Your consideration in this matter.

Respectfully submitted,


 /s/*Thomas E. Humbach*
Thomas E. Humbach
County Attorney
Direct Dial: (845) 638-5113
Email: HumbachT@co.rockland.ny.us



cc:    All Parties (via ECF)