# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of March, two thousand twenty-four.

Before:      José A. Cabranes,
                     *Circuit Judge.*

---

Steven Goldstein, Individually and on behalf of Congregation Bnei Matisyahu, Meir Ornstein,

         *Plaintiffs - Appellants*,

v.

Kathy Hochul, in her official capacity as Governor of the State of New York, Letitia James, in her official capacity as Attorney General of the State of New York, Keechant Sewell, in her official capacity as Commissioner of the New York City Police Department, Louis Falco, III, in his official capacity as Rockland County Sheriff, Eric Gonzalez, Esq., in his official capacity as the District Attorney of Kings County, Thomas Walsh, II, in his official capacity as the District Attorney of Rockland County,

         *Defendants - Appellees*.

**ORDER**

Docket No. 23-995

---

Appellants move to continue to hold the appeal in abeyance pending settlement discussions.

IT IS HEREBY ORDERED that the motion is GRANTED, absent objection. Appellants shall file a status report 30 days after the entry of this order and every 30 days thereafter.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 03/27/2024