UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

STEVEN GOLDSTEIN individually and on behalf of CONGREGATION BNEI MATISYAHU, and MEIR ORNSTEIN,

Plaintiffs,

-against-

KATHY HOCHUL, in her official capacity as Governor of the State of New York; LETITIA JAMES, in her official capacity as Attorney General of the State of New York; KEECHANT SEWELL, in her official capacity as Commissioner of the New York City Police Department; LOUIS FALCO, III, in his official capacity as Rockland County Sheriff; ERIC GONZALEZ, in his official capacity as the District Attorney of Kings County; and THOMAS WALSH, II, in his official capacity as the District Attorney of Rockland County,

Defendants.



22-CV-8300 (VSB)

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties, through their counsel, hereby stipulate to the dismissal of this action and all claims asserted therein without prejudice. It is further stipulated that each party shall bear its own costs and attorney's fees.

**[MANUAL SIGNATURES OF COUNSEL ON FOLLOWING PAGES]**

**Counsel for Plaintiffs Goldstein, individually and on behalf of Congregation Bnei Matisyahu, and Ornstein:**

Aurora Cassirer, Esq.
Pierson Ferdinand
1270 Avenue of the Americas
7th Floor--1050
New York, NY 10020
(917) 817-6617
aurora.cassirer@pierferd.com

**Counsel for Defendants Hochul and James:**

Matthew L. Conrad
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-6352
matthew.conrad@ag.ny.gov

**Counsel for Defendants Sewell and Gonzalez:**

Nicholas Robert Ciappetta
New York City Law Department
Administrative Law And Regulatory Litigation Division
100 Church Street
New York, NY 10003
(212) 256-4036
nciappet@law.nyc.gov

**Counsel for Defendants Falco and Walsh:**

Larraine S. Feiden
Larraine S. Feiden
County of Rockland Department of Law
11 New Hempstead Road, 3rd Floor
New York, NY 10956
(845) 638-5099
feidenl@co.rockland.ny.us

## CERTIFICATE OF SERVICE

I, Aurora Cassirer, counsel for Plaintiffs, certify that, on September 30, 2025, the foregoing was filed with the Clerk through the Court's electronic filing system and that all parties required to be served have been served.

/s/ Aurora Cassirer
Aurora Cassirer